IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE MCQUIRE,

      Appellant,

v.

FLORIDA LOTTERY,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-487

_____/

Opinion filed October 3, 2017.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

George McQuire, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Jonathan A. Glogau, Special Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.